**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**December 10, 2009**

Mr. John Kirkland Sammons
Mr. John G. Zgourides
Mr. Kenneth B. Fenelon, Jr.
Sammons & Associates, P.C.
440 Louisiana Street
Houston, TX 77002

    Re:    *Phillip Thomas v. Union Pacific Railroad Company* -- 5:08-CV-00287-WRW

Dear Counsel:

I have received Defendant's Motion for Partial Summary Judgment, which was filed on November 25, 2009, and the motion appears to be well taken.

I assume that since you have not filed a response,[1] you agree with Defendant's position. If you choose not to respond by 12:00 noon on Thursday, December 17, 2009, I will grant the motion.

                                                  Cordially,

                                                  /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:    Other Counsel of Record

---

[1] The response was due on Wednesday, December 9, 2009.